IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Alfredo Andrade-Gutierrez<br>    Defendant. | CASE NUMBER 08-15355M-SD<br><br>**WAIVER OF REMOVAL HEARING** |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this  3  day of  March , 2008.

X _Alfredo Andrade-Gutierrez_
Defendant

_Meneck Sandoval_
Attorney for the Defendant